

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00299-CV

**IN THE INTEREST OF M.L.R.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03170
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED August 21, 2013.

Catherine Stone, Chief Justice